ROBERT WHITMAN
(NY Bar No. 2497147) (*admitted pro hac vice*)
rwhitman@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2310
Facsimile: (212) 556-2222

SANJEET K. DUTTA
(CA Bar No. 203463)
sdutta@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

Attorneys for Plaintiff
DR. MICHAEL JAFFÉ,
*in his capacity as Insolvency Administrator*
*over the assets of*
QIMONDA AG

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| DR. MICHAEL JAFFÉ<br>    *in his capacity as Insolvency*<br>    *Administrator over the assets of*<br>QIMONDA AG<br><br>        Plaintiff,<br><br>    v.<br><br>LSI CORP., ATMEL CORP., CYPRESS<br>SEMICONDUCTOR CORP., MAGNACHIP<br>SEMICONDUCTOR CORP., MAGNACHIP<br>SEMICONDUCTOR, INC., MAGNACHIP<br>SEMICONDUCTOR S.A., MAGNACHIP<br>SEMICONDUCTOR, LTD. and ON<br>SEMICONDUCTOR CORP.,<br><br>        Defendants. | Case No. 12-CV-03166-RS<br><br><br>**[PROPOSED] ORDER GRANTING<br>STIPULATION TO EXTEND TIME FOR<br>PARTIES TO FILE ADR<br>CERTIFICATIONS UNDER ADR L.R. 3-5** |

1    The Stipulation of Plaintiff and Defendants to extend time for the Parties to file ADR

2    Certifications under ADR L.R. 3-5 came before the above-captioned court.  After reviewing and

3    considering the papers on file relating to this Stipulation, the arguments of counsel thereon, as

4    well as any and all other records on file in this case, the Court hereby rules as follows:

5         **IT IS HEREBY ORDERED** that the Stipulation to Extend Time to File ADR

6    Certification is **GRANTED**.  The Parties shall file ADR Certifications under ADR L.R. 3-5 on

7    or before September 27, 2012.

8         **IT IS SO ORDERED.**

9

10   Dated: __9/24/12_____    _____

11                                        Honorable Richard Seeborg
                                          United States District Judge
12                                        Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28