IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. MICHAEL JAFFE in his capacity as Insolvency Administrator over the assets of QIMONDA AG,<br><br>Plaintiff,<br>v.<br>LSI CORP, AMTEL CORP, CYPRESS SEMICONDUCTOR CORP, et al.,<br><br>Defendants.<br>_____/ | No. C 12-03166 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 15, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

    A. PANEL MEDIATION. Plaintiff and Defendant Amtel are referred to the ADR Department for Panel Mediation.

    B. PRIVATE MEDIATION. Plaintiff and remaining Defendants have agreed to private mediation following the issuance of the Claim Construction Order.

2. FURTHER SCHEDULING. The dates proposed by the parties leading up to the *Markman* Hearing on pages 12-13 of their Joint Case Management Statement will be adopted as follows:

    A. On or before November 23, 2012, the parties will make disclosures pursuant to Patent L.R. 3-1 and 3-2.

    B. On or before January 18, 2013, the parties will make disclosures pursuant to Patent L.R. 3-3 and 3-4.

1  C. On or before February 1, 2013, the parties will exchange Patent L.R. Terms.

2  D. On or before February 22, 2013, the parties will exchange Patent L.R.
3  Constructions.

4  E. On or before March 19, 2013, the parties will submit their Joint Claim
5  Construction Statement.

6  F. On or before March 29, 2013, the parties will make their final amendments to the
7  pleadings without leave of the Court.

8  G. On or before April 18, 2013, all claim construction-related discovery will be
9  completed.

10  H. On or before May 3, 2013, plaintiff will file its Claim Construction Brief.

11  I. On or before May 17, 2013, defendant will file its Responsive Brief.

12  J. On or before May 24, 2013, plaintiff will file its Reply on Claim Construction.

13  3. CLAIM CONSTRUCTION TUTORIAL. A claim construction tutorial shall be
14  held on June 5, 2013 at 10 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450
15  Golden Gate Avenue, San Francisco, California.

16  4. *MARKMAN* HEARING. A *Markman* Claim Construction Hearing shall held on
17  **June 12, 2013 at 10 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden
18  Gate Avenue, San Francisco, California. A further Case Management Conference will be
19  scheduled following this Hearing to set the remaining dates in this case.

21  IT IS SO ORDERED.

23  DATED: 10/15/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER