UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. MICHAEL JAFFÉ<br>  in his capacity as Insolvency<br>  Administrator over the assets of<br>QIMONDA AG,<br><br>            Plaintiff,<br><br>       v.<br><br>ATMEL CORPORATION, CYPRESS SEMICONDUCTOR CORPORATION, LSI CORPORATION, MAGNACHIP SEMICONDUCTOR CORPORATION, MAGNACHIP SEMICONDUCTOR, INC.<br><br>  and<br><br>ON SEMICONDUCTOR CORPORATION,<br><br>            Defendants. | Case No. 3:12-cv-03166-RS<br><br>[~~PROPOSED~~] ORDER GRANTING CYPRESS SEMICONDUCTOR CORPORATION'S MOTION TO RESCHEDULE HEARING ON ATMEL'S MISJOINDER MOTION (D.I. 190) TO DECEMBER 13, 2012 |

This 19th day of November, 2012, Defendant Cypress Semiconductor Corporation ("Cypress"), having moved this Court for leave to change hearing date, now therefore,

IT IS HEREBY ORDERED THAT Cypress's Motion to Change Hearing Date is hereby GRANTED. The new hearing date for Atmel's Misjoinder Motion is December 13, 2012 at 1:30 p.m..

Dated: 11/19/12

_____
The Honorable Richard Seeborg
United States District Court Judge

PROPOSED ORDER GRANTING MTN TO RESCHEDULE
Case No. 3:12-cv-03166-RS