United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MICHAEL JAFFE *in his capacity as Insolvency Administrator over the assets of* QUIMONDA AG,<br><br>Plaintiff,<br><br>v.<br><br>MAGNACHIP SEMICONDUCTOR CORP., et al.,<br><br>Defendants. | Case No. 12-3166 RS (JSC)<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 206)** |

Now pending before the Court is Plaintiff's motion to compel the production of documents. (Dkt. No. 206.) The Court has reviewed the motion and orders the parties to meet and confer *in person* on the issues raised. At the meet and confer conference each party shall be represented by an attorney or attorneys with full authority to resolve the dispute. If the parties are unable to agree on the location of the in-person meet and confer, it shall be held at the federal courthouse in San Francisco where this lawsuit is pending. If it is necessary to meet and confer in San Francisco, the parties shall contact the Court's Deputy Clerk Ada Means to arrange a date and time for the conference. The in-person meet and confer shall occur on or before February 8, 2013 unless the parties jointly agree otherwise.

If after the in-person meet and confer the parties are unable to fully resolve all of the disputes raised in Plaintiff's motion to compel, they shall file a joint statement which addresses the remaining disputes in accordance with this Court's Civil Standing Order. Plaintiff--the moving party--shall provide Defendants with its portion of the joint discovery letter on or before February 14, 2013. Defendant shall provide Plaintiff with its portion on or before February 20, 2013. Plaintiff may then revise its portion to respond to Defendant's arguments and file the parties' joint letter brief on or before February 22, 2012. The Court will hear oral argument on the remaining issues on February 28, 2013 at 9:00 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated: January 30, 2013

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE