| | |
|---|---|
| ROBERT WHITMAN<br>(NY Bar No. 2497147) (admitted *pro hac vice*)<br>rwhitman@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 556-2310<br>Facsimile: (212) 556-2222<br><br>SANJEET K. DUTTA<br>(CA Bar No. 203463)<br>sdutta@kslaw.com<br>KING & SPALDING LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br>Telephone: (650) 590-0700<br>Facsimile: (650) 590-1900<br><br>Attorneys for Plaintiff<br>DR. MICHAEL JAFFÉ,<br>*in his capacity as Insolvency Administrator over the assets of*<br>QIMONDA AG | AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>Cono A. Carrano (admitted *pro hac vice*)<br>Email: ccarrano@akingump.com<br>David C. Vondle (Bar No. 221311)<br>Email: dvondle@akingump.com<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>Reginald D. Steer (Bar No. 056324)<br>Email: rsteer@akingump.com<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br><br>Attorneys for Defendants<br>MAGNACHIP SEMICONDUCTOR<br>CORPORATION,<br>MAGNACHIP SEMICONDUCTOR, INC.,<br>MAGNACHIP SEMICONDUCTOR S.A.,<br>AND<br>MAGNACHIP SEMICONDUCTOR, LTD. |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. MICHAEL JAFFÉ<br>  *in his capacity as Insolvency Administrator*<br>  *over the assets of*<br>QIMONDA AG<br><br>         Plaintiff,<br><br>       v.<br><br>MAGNACHIP SEMICONDUCTOR CORP.,<br>MAGNACHIP SEMICONDUCTOR, INC.,<br>MAGNACHIP SEMICONDUCTOR S.A.,<br>MAGNACHIP SEMICONDUCTOR, LTD.<br><br>         Defendants. | Case No. 12-CV-03166-JST<br><br>**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND CERTAIN DEADLINES** |

CASE NO. 12-CV-03166-RS

1
2
3      Plaintiff Dr. Michael Jaffé, in his capacity as Insolvency Administrator over the assets of
4 Qimonda AG ("Plaintiff"), and Defendants MagnaChip Semiconductor Corporation, MagnaChip
5 Semiconductor, Inc., MagnaChip Semiconductor S.A., and MagnaChip Semiconductor, Ltd.
6 (collectively "MagnaChip") hereby respectfully request a continuance of the Case Management
7 Conference and certain deadlines by about four weeks, as set forth below.  The parties remain
8 diligently engaged in settlement discussions and believe that a postponement would be beneficial
9 so that the parties can continue their discussions with the goal of reaching an amicable
10 settlement.  The settlement discussions have taken longer than anticipated (the parties and their
11 counsel span three continents), and the parties are hopeful that this continuance will be the last,
12 and that it will provide them with sufficient time to resolve their settlement discussions.  The
13 parties greatly appreciate the Court's patience in this regard.
14      WHEREFORE, based upon the foregoing, the parties respectfully request that the Court
15 grant this "Joint Motion to Continue Case Management Conference and Certain Deadlines" and:
16 • Postpone the Case Management Conference until June 19, 2013 (from May 28,
17         2013 per Dkt. No 229);
18 • Postpone the deadline for Plaintiff's Opening Claim Construction Brief until June
19         21, 2013 (from May 24, 2013 per Dkt. No. 229);
20 • Postpone the deadline for Defendants' Responsive Claim Construction Brief until
21         June 28, 2013 (from June 8, 2013 per Dkt. No. 229);
22 • Postpone the deadline for Plaintiff's Claim Construction Reply Brief until July 8,
23         2013 (from June 15, 2013 per Dkt. No. 229);
24 • Postpone the deadline to complete claim-construction discovery until July 30,
25         2013 (from July 2, 2013 per Dkt. No. 229);
26 • Postpone the Claim Construction Tutorial until ~~August 5, 2013~~ August 6, 2013 at 9:30 a.m. (from July 2,
27         2013 per Dkt. No. 229); and
28

CASE NO. 12-CV-03166-RS            - 1 -
JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND CERTAIN DEADLINES

1 • Postpone the Markman Hearing until ~~August 5, 2013~~ (from July 2, 2013 per Dkt. August 6, 2013 at 1:00 p.m.

2 No. 229).

3 Respectfully submitted this 16th day of May 2013.

The court will not grant any further continuances on the basis of continuing settlement discussions.



IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar

Dated: May 20, 2013

/s/ Robert Whitman
ROBERT WHITMAN
(NY Bar No. 2497147) (admitted *pro hac vice*)
rwhitman@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2310
Facsimile: (212) 556-2222

SANJEET K. DUTTA
(CA Bar No. 203463)
sdutta@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

THOMAS C. LUNDIN JR.
(GA Bar No. 461141) (admitted *pro hac vice*)
tlundin@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

Attorneys for Plaintiff
DR. MICHAEL JAFFÉ,
*in his capacity as Insolvency Administrator over the assets of*
QIMONDA AG

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ Cono A. Carrano
Cono A. Carrano (admitted *pro hac vice*)
Email: ccarrano@akingump.com
David C. Vondle (Bar No. 221311)
Email: dvondle@akingump.com
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Reginald D. Steer (Bar No. 056324)
Email: rsteer@akingump.com
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

Attorneys for Defendants
MAGNACHIP SEMICONDUCTOR CORPORATION,
MAGNACHIP SEMICONDUCTOR, INC.,
MAGNACHIP SEMICONDUCTOR S.A., AND
MAGNACHIP SEMICONDUCTOR, LTD.

### ATTESTATION OF CONCURRENCE

I, Robert Whitman, am the ECF User whose ID and password are being used to file this "Joint Motion to Continue Case Management Conference and Certain Deadlines." In compliance with Civil Local Rules 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: May 16, 2013                                    By: */s/ Robert Whitman*
                                                                    Robert Whitman