UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAFFE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAGNACHIP SEMICONDUCTOR CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-03166-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 234 |

　　　　The parties stated on the record on June 17, 2013, that they have settled this action. *See* Dkt. No. 234. Accordingly, all deadlines and hearings in this case are VACATED. By August 2, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

　　　　Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

　　　　**IT IS SO ORDERED**.

Dated: June 18, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge