| | |
|---|---|
| SANJEET K. DUTTA<br>(CA Bar No. 203463)<br>sdutta@kslaw.com<br>KING & SPALDING LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br>Telephone: (650) 590-0700<br>Facsimile: (650) 590-1900<br><br>THOMAS C. LUNDIN JR.<br>(GA Bar No. 461141) (*admitted pro hac vice*)<br>tlundin@kslaw.com<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 572-2808<br>Facsimile: (404) 572-5134<br><br>Attorneys for Plaintiff<br>DR. MICHAEL JAFFÉ,<br>*in his capacity as Insolvency Administrator over the assets of*<br>QIMONDA AG | AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>Cono A. Carrano (admitted *pro hac vice*)<br>Email: ccarrano@akingump.com<br>David C. Vondle (Bar No. 221311)<br>Email: dvondle@akingump.com<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C.  20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>Reginald D. Steer (Bar No. 056324)<br>Email: rsteer@akingump.com<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br><br>Attorneys for Defendants<br>MAGNACHIP SEMICONDUCTOR<br>CORPORATION,<br>MAGNACHIP SEMICONDUCTOR, INC.,<br>MAGNACHIP SEMICONDUCTOR S.A.,<br>AND<br>MAGNACHIP SEMICONDUCTOR, LTD. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. MICHAEL JAFFÉ<br>    *in his capacity as Insolvency*<br>    *Administrator over the assets of*<br>QIMONDA AG<br><br>                Plaintiff,<br><br>        v.<br><br>MAGNACHIP SEMICONDUCTOR CORP.,<br>MAGNACHIP SEMICONDUCTOR, INC.,<br>MAGNACHIP SEMICONDUCTOR S.A. and<br>MAGNACHIP SEMICONDUCTOR, LTD.,<br><br>                Defendants. | Case No. 12-CV-03166-JST<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR DISMISSAL OF ACTION**<br>**PURSUANT TO FEDERAL RULE OF**<br>**CIVIL PROCEDURE 41(a)** |

1     WHEREAS, Plaintiff Dr. Michael Jaffé, in his capacity as Insolvency Administrator over the assets of Qimonda AG ("Plaintiff"), and Defendants MagnaChip Semiconductor Corporation, MagnaChip Semiconductor, Inc., MagnaChip Semiconductor S.A., and MagnaChip Semiconductor, Ltd. (collectively "MagnaChip") have settled this matter on mutually-agreeable terms.

    NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that:

    1.     The above-captioned action is dismissed without prejudice in its entirety.

    2.     Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 3rd day of July 2013.

    DR. MICHAEL JAFFÉ *in his capacity as Insolvency Administrator over the assets of* QIMONDA AG,

*/s/ Sanjeet K. Dutta*_____
SANJEET K. DUTTA
(CA Bar No. 203463)
sdutta@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

THOMAS C. LUNDIN JR.
(GA Bar No. 461141) (*admitted pro hac vice*)
tlundin@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-2808
Facsimile: (404) 572-5134

Attorneys for Plaintiff
DR. MICHAEL JAFFÉ,
*in his capacity as Insolvency*

*Administrator over the assets of*
QIMONDA AG


AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ *Cono A. Carrano*
Cono A. Carrano (admitted *pro hac vice*)
Email: ccarrano@akingump.com
David C. Vondle (Bar No. 221311)
Email: dvondle@akingump.com
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Reginald D. Steer (Bar No. 056324)
Email: rsteer@akingump.com
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

Attorneys for Defendants
MAGNACHIP SEMICONDUCTOR
CORPORATION,
MAGNACHIP SEMICONDUCTOR, INC.,
MAGNACHIP SEMICONDUCTOR S.A., AND
MAGNACHIP SEMICONDUCTOR, LTD.

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Cono A. Carrano, Counsel for MagnaChip.

Dated: July 3, 2013          By: */s/Sanjeet K. Dutta*

Attorney for Plaintiff DR. MICHAEL JAFFÉ in his capacity as Insolvency Administrator over the assets of QIMONDA AG

# [PROPOSED] ORDER OF DISMISSAL OF ACTION

In light of the Stipulation of Dismissal filed by Plaintiff Dr. Michael Jaffé, in his capacity as Insolvency Administrator over the assets of Qimonda AG ("Plaintiff"), and Defendants MagnaChip Semiconductor Corporation, MagnaChip Semiconductor, Inc., MagnaChip Semiconductor S.A., and MagnaChip Semiconductor, Ltd. (collectively "MagnaChip"), the Court HEREBY ORDERS as follows:

1. Plaintiff's claims against MagnaChip are hereby dismissed without prejudice.
2. MagnaChip's claims against Plaintiff are hereby dismissed without prejudice.
3. Plaintiff and MagnaChip shall each bear their own attorney fees and costs incurred in connection with this action.

SO ORDERED

Dated: July 3, 2013

Honorable Jon S. Tigar
United States District Judge